THE HONORABLE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KEBEDE ABAWAJI,<br><br>        Petitioner,<br><br>v.<br><br>ERIC JACKSON,<br><br>        Respondent. | NO. C18-0193-RAJ-MAT<br><br>ORDER GRANTING RESPONDENT'S SECOND MOTION FOR AN EXTENSION OF TIME<br>(~~Proposed~~) |

The Court, having considered the Respondent's motion for an extension of time, the Declaration of John J. Samson, and the records and files herein, does hereby find and ORDER:

1. Respondent's motion for an extension of time to August 23, 2018, to file an answer to the habeas corpus petition is GRANTED.

2. The Clerk shall send uncertified copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this 27th day of July, 2018.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
SECOND MOTION FOR AN
EXTENSION OF TIME (~~PROPOSED~~) –
NO. C18-0193-RAJ-MAT

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1
2
3  Presented by:
4  ROBERT W. FERGUSON
   Attorney General
5
   s/ John J. Samson
6  JOHN J. SAMSON, WSBA # 22187
   Assistant Attorney General
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING RESPONDENT'S
SECOND MOTION FOR AN
EXTENSION OF TIME (PROPOSED) –
NO. C18-0193-RAJ-MAT

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445