THE HONORABLE MARY ALICE THEILER

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| KEBEDE ABAWAJI,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ERIC JACKSON,<br><br>　　　　Respondent. | NO. C18-0193-RAJ-MAT<br><br>ORDER GRANTING RESPONDENT'S THIRD MOTION FOR AN EXTENSION OF TIME<br>(~~Proposed~~) |

The Court, having considered the Respondent's motion for an extension of time, the Declaration of John J. Samson, and the records and files herein, does hereby find and ORDER:

1. Respondent's motion for an extension of time to September 28, 2018, to file an answer to the habeas corpus petition is GRANTED.

2. The Clerk shall send uncertified copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this <u>29th</u> day of August, 2018.

_[signature]_
Mary Alice Theiler
United States Magistrate Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

s/ John J. Samson
JOHN J. SAMSON, WSBA # 22187
Assistant Attorney General

ORDER GRANTING RESPONDENT'S
THIRD MOTION FOR AN
EXTENSION OF TIME (~~PROPOSED~~) –
NO. C18-0193-RAJ-MAT

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445