# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KEBEDE ABAWAJI,

                Petitioner,

    v.

ERIC JACKSON,

                Respondent.

CASE NO. C18-0193-RAJ-MAT

ORDER RE: PENDING MOTION

Petitioner proceeds *pro se* and *in forma pauperis* in this 28 U.S.C. § 2254 habeas proceeding. He filed a Motion to Appoint Counsel. (Dkt. 31.) Now, having considered the motion, the Court does hereby find and ORDER as follows:

(1) There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required. *See Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts. The Court may exercise its discretion to appoint counsel for a financially eligible individual where the "interests of justice so require." 18 U.S.C. § 3006A. Here, petitioner fails to demonstrate the interests of justice are best served by appointment of counsel at the present time. Accordingly, petitioner's

ORDER
PAGE - 1

motion for appointment of counsel (Dkt. 31) is DENIED.

(3) The Clerk is directed to send copies of this Order to the parties and to the Honorable Richard A. Jones.

DATED this 3rd day of October, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 2