UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEBEDE ABAWAJI,

                Petitioner,

v.

ERIC JACKSON,

                Respondent.

Case No. C18-0193-RAJ

ORDER DISMISSING FEDERAL HABEAS ACTION

The Court, having reviewed petitioner's second amended petition for writ of habeas corpus, respondent's answer to the petition, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

    (1)    The Report and Recommendation is approved and adopted;

    (2)    Petitioner's second amended petition for writ of habeas corpus (Dkt. 15) is DISMISSED with prejudice on the grounds that petitioner's federal habeas claims are unexhausted and procedurally barred;

    (3)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Mary Alice Theiler.

DATED this 12th day of March, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2